IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25-mj-00354-DCK |
| | ) | |
| V. | ) | NOTICE OF APPEARANCE |
| | ) | |
| **CHRISTIAN STURDIVANT** | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |

**NOW COMES** Roderick M. Wright, Jr., Roderick Wright Law Firm,

PLLC, and gives this notice of general appearance of counsel on behalf of

Defendant, Christian Sturdivant, in the above referenced case.

This the 6th day of January, 2026

s/ Roderick M. Wright, Jr.
Bar#: 24716
Attorney for Defendant
Roderick Wright Law Firm, PLLC
19109 W. Catawba Avenue
Suite 200
Cornelius, North Carolina 28031
Phone: (704) 332-2274
attorneywright@yahoo.com

# CERTIFICATE OF SERVICE

I, Roderick M. Wright, Jr., do hereby certify that I have this date served a copy of the attached Notice of Appearance by email service through ECF, upon attorney of record for the government:

This the 6th day of January, 2026

s/ Roderick M. Wright, Jr.
Bar#: 24716
Attorney for Defendant
Roderick Wright Law Firm, PLLC
19109 W. Catawba Avenue
Suite 200
Cornelius, North Carolina 28031
Phone: (704) 332-2274
attorneywright@yahoo.com