# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. | Christian Sturdivant

Case Number: | 3:26-cr-17-MEO

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|----------|---------|-------------------|---------------------|
| 1 | 18 USC 2339B | N/A | NMT 20 years imprisonment, $250,000 fine or both, and NMT 3 years Supervised Release. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?    ☐ YES    ☒ NO

\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?    ☐ YES    ☒ NO

\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?    ☐ YES    ☒ NO

\* 18 U.S.C. 924(C) ONLY

IF YES    ☐ BRANDISH

☐ DISCHARGE