UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE   DIVISION
DOCKET NO. 3:26 - cr -17- mEO-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | **WAIVER OF PERSONAL** |
| | ) | **APPEARANCE AT ARRAIGNMENT** |
| | ) | |
| CHRISTIAN STURDIVANT | ) | |
| | ) | |
| Defendant. | ) | |

   **IN ACCORDANCE** with Rule 10, Federal Rules of Criminal Procedure, the defendant

hereby waives personal appearance at arraignment.[1]   Defendant acknowledges receipt of a copy

of the Indictment or Superseding Indictment, that such charging instrument has been reviewed by

defendant with counsel, that defendant understands the general nature of the charges alleged

therein, and that defendant has been advised of the maximum possible penalties.

   Upon the advice and with the consent of counsel, defendant waives the right to be present

at the arraignment and enters a plea of **GUILTY NOT GUILTY** to each count and

**WAIVES REQUESTS** a jury trial on all counts.

   This 23rd day of _January_ , 20 26 .

   _Christian Sturdivant_
   **Defendant**

   _Rodent M Why Jr_
   **Counsel for Defendant**

---

[1]    Defendant is advised that under Rule 10, waiver of personal appearance at arraignment is not a waiver of the arraignment itself.  Counsel must appear at the arraignment. The court reserves the right, as provided under Rule 10(b)(3), to decline the waiver.  Further, this form must be filed **within one full business day** before the hearing to enable the judge presiding over the proceeding to determine whether to accept the waiver and to notify the United States Marshal concerning transportation needs.